People v Malone (2023 NY Slip Op 00622)

People v Malone

2023 NY Slip Op 00622

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023

PRESENT: WHALEN, P.J., PERADOTTO, CURRAN, BANNISTER, AND MONTOUR, JJ. (Filed Feb. 3, 2023.) 

MOTION NO. (369/21) KA 19-00149.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
JONATHEN MALONE, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.